Patrick L. Rocco (PR 8621)
Jennifer A. Sullivan (JS 6957)
SHALOV STONE & BONNER LLP
163 Madison Avenue, P.O. Box 1277
Morristown, New Jersey  07962-1277
(973) 775-8997

Proposed Liaison Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN R. ALEXANDER IRA, Individually and On Behalf of All Others Similarly Situated, | DOCUMENT FILED ELECTRONICALLY |
| Plaintiff, | Civil Action No. 04-982 (WJM) (RJH) |
| vs. | |
| FRANKLIN RESOURCES, INC., et al., | |
| Defendants. | |
| FRANK TRICARICO, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 04-1052 (JAP) (MCA) |
| vs. | |
| FRANKLIN RESOURCES, INC., et al., | |
| Defendants. | |
| CATHY WILCOX, Individually and On Behalf Of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 04-2258 (WHW) (SDW) |
| vs. | |
| FRANKLIN RESOURCES, INC., et al., | |
| Defendants. | |

**NOTICE OF MOTION FOR APPOINTMENT OF
<u>LEAD COUNSEL AND APPOINTMENT OF LIAISON COUNSEL</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that plaintiffs Steven R. Alexander, Frank Tricarico and Cathy Wilcox ("Plaintiffs"), by their counsel, will hereby move this Court on June 28, 2004 at 9:00 in the forenoon or as soon thereafter as counsel may be heard, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") as Lead Counsel to oversee the above-captioned actions (the "Actions"); and (ii) Shalov Stone & Bonner LLP as Liaison Counsel. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law, the Certification of Patrick L. Rocco, and a Proposed Form of Order.

Dated: June 1, 2004            Respectfully submitted,

**SHALOV STONE & BONNER LLP**

By:  s/ Patrick L. Rocco
Patrick L. Rocco (PR 8621)
Jennifer A. Sullivan (JS 6957)
163 Madison Avenue, P.O. Box 1277
Morristown, New Jersey  07962
(973) 775-8997

*Counsel for Plaintiffs Steven R. Alexander and Frank Tricarico and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD &
  SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York  10119
(212) 594-5300

*Counsel for Plaintiff Steven R. Alexander IRA
and Proposed Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Steven R. Alexander IRA*

**MURRAY, FRANK & SAILER LLP**
Marvin L. Frank
Eric J. Belfi
275 Madison Avenue
New York, New York  10016
(212) 682-1818

*Counsel for Plaintiff Frank Tricarico*

**GLANCY BINKOW & GOLDBERG LLP**
Michael M. Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, California  90067
(310) 201-9150

*Counsel for Plaintiff Frank Tricarico*

3

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Cathy Wilcox*


**LITE DePALMA GREENBERG &
  RIVAS, LLC**
Joseph J. DePalma (JD 7697)
2 Gateway Center, 12th Floor
Newark, New Jersey  07102
(973) 623-3000

*Counsel for Plaintiff Cathy Wilcox*

4